JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN FOX, individually and on behalf of all others similarly situated,**  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**PUBLIC STORAGE**,  )<br>)<br>Defendant.  )<br>_____  ) | Case No. 2:17-cv-07833-R-AFM<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 17th day of November, 2017.

_____
The Honorable Manuel L. Real